```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF PUERTO RICO
```

HIPÓLITO GONZÁLEZ-ANDINO,

    Plaintiff

    v.

RENT-A-CENTER EAST, INC.
d/b/a RENT-A-CENTER, INC.,

    Defendant

CIVIL NO. 06-2174 (JP)

### **JUDGMENT**

The Court has before it a joint "Motion Requesting Voluntary Dismissal Without Prejudice" (**No. 5**) as to Defendant's Notice of Removal (No. 1).  The Court **ENTERS JUDGMENT DISMISSING WITHOUT PREJUDICE** the Notice of Removal (**No. 1**), and **REMANDS** the case to the Puerto Rico Court of First Instance, Caguas Part.

This judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 2nd day of May, 2007.

                                          s/Jaime Pieras, Jr.
                                            JAIME PIERAS, JR.
                                U.S. SENIOR DISTRICT JUDGE